IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-144-D-BM

| | |
|---|---|
| VICTORIA NORRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAT BURGERS SPORTS BAR & )<br>GRILL, LLC and WILLIAM )<br>UZZELL, III, )<br>)<br>Defendants. )<br>) | **DEFENDANTS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Fat Burgers Sports Bar & Grill, LLC ("Fat Burgers") and William Uzzell, III ("Mr. Uzzell"), (collectively referred to as "Defendants"), by and through the undersigned counsel, and submit the following undisputed material facts in support of their Motion for Summary Judgment as required by Local Rule 56.1:

1. Fat Burgers is a small, "mom and pop" restaurant located in Sneads Ferry, North Carolina. (Ex. I, Affidavit of William Uzzell, III ("Uzzell Affidavit")).

2. As its name suggests, Fat Burgers focuses on serving hamburgers and other traditional "bar food." *Id.*

3. Victoria Norris ("Plaintiff") began her employment with Fat Burgers in May of 2016. (DE 1, ¶ 20).

4. Later that same year, Plaintiff began a romantic relationship with Mr. Uzzell, Fat Burgers' owner. (Ex. A, Victoria Norris Deposition Volume

II ("Norris Depo II"), pp. 112:24 – 113:6).

5. Approximately two weeks into their romantic relationship, Plaintiff moved into Mr. Uzzell's residence, where the two lived together for approximately three years. (Ex. B, William Uzzell, III Deposition ("Uzzell Depo"), p. 115:21-25).

6. When Plaintiff began working at Fat Burgers in May of 2016, she was hired as a server and earned an hourly wage of $2.35 plus tips. (Ex. A, Norris Depo. II, p. 79:3-14)

7. Throughout Plaintiff's tenure as an employee of Fat Burgers, she has received consistent promotions and pay raises, and she received her most recent pay raise in January of 2023. (Ex. C, Defendants' Answers to Plaintiff's First Set of Interrogatories, ¶ 6).

8. Plaintiff has become Fat Burgers' highest paid employee. (Ex. P, Fat Burgers Employee Pay Information).

9. Plaintiff began performing managerial duties in 2018. (Ex. A, Norris Depo. II, p. 81:2-4).

10. Plaintiff is currently employed as a manager for Fat Burgers. (DE 1, ¶ 21).

11. In her role as a manager for Fat Burgers, Plaintiff's job responsibilities include training staff in following restaurant procedures and protocol, managing customer service and complaints, organizing employee schedules, keeping track of employee hours, ordering food and other

restaurant supplies, supervising daily shift operations, assisting waitstaff where necessary, and coordinating front of house operations. (Ex. I, Uzzell Affidavit).

12. From January 18, 2017 to June 22, 2017, Plaintiff was paid $8.00 per hour plus tips. (Ex. C, Defendants' Interrogatory Responses)

13. From June 23, 2017 to August 14, 2018, Plaintiff was paid $10.00 per hour plus tips. *Id.*

14. Beginning August 15, 2018 to May 26, 2020, Plaintiff was paid $700 per week plus tips, with the exception of a one-week pay period where she received $1,920 per week plus tips. *Id.*

15. From June 3, 2020 to December 2022, Plaintiff was paid a salary of $700 per week plus tips and 10% of profit shares. *Id.*

16. As of January 2023, Plaintiff was paid a salary of $800 per week plus tips and 20% of profit shares. (*Id.*) (Ex. M, Victoria Norris Deposition Volume I ("Norris Depo. I"), p. 28:11-13).

17. Plaintiff's profit share amount is determined after Fat Burgers' accountant calculates the business' income and expenditures, based upon information provided by Fat Burgers' bookkeeper, Dawn Potter, for the entire year to determine the business' profit. (Ex. D, Dawn Potter Deposition ("Potter Depo"), p. 39:4-22).

18. Plaintiff is also paid various benevolence-based bonuses, such as Christmas bonuses of at least $500.00, when the restaurant is in a

financial position to award such bonuses. (Ex. B, Uzzell Depo., p. 149:7-12).

19. Finally, at the end of each month, Plaintiff is paid 20% of the restaurant's cash on hand. (Ex. D, Potter Depo, pp. 70:1-4; 94: 1-4) (Ex. Q, Profit Sharing Structure).

20. Plaintiff and Defendant Uzzell's romantic relationship ended in late 2019, and Plaintiff moved out of Mr. Uzzell's residence. (Ex. A, Norris Depo., p. 113:7-9).

21. In April of 2021, Mr. Uzzell began the process of selling Fat Burgers to Taylor Greene, who, at that time, began to function as co-owner and operations manager of the restaurant, including supervising Plaintiff and other restaurant personnel. (Ex. B, Uzzell Depo., p. 16:11-13).

22. On May 10, 2021, Plaintiff's counsel sent Defendants a letter of representation, alleging discrimination on the basis of sex, as well as wage and hour violations. (Ex. E, Letter of Representation).

23. In late May of 2021, Mr. Greene informed Plaintiff that she was no longer allowed participate in the restaurant's tip pool due to her role as manager. (Ex. F, Retaliatory Employment Discrimination Complaint Form ("REDA Complaint"), p. 2) (Ex. G, Statement of Taylor Greene).

24. As a result, Plaintiff began to turn the portion of the tip pool that she would normally collect over to Fat Burgers' bookkeeper, Dawn Potter, who kept the tips in the Fat Burgers office. (Ex. D, Potter Depo., pp.

84:9-84:19)

25. Ms. Potter reported to Mr. Uzzell that Plaintiff was prohibited from collecting participating in the restaurant's tip pool. (*Id.*)

26. Mr. Uzzell instructed Ms. Potter to return the tips that were set aside by Ms. Potter to Plaintiff, and instructed that Plaintiff be allowed to participate in the tip pool. (*Id.*)

27. At some point thereafter, Ms. Potter paid all of the tips to Plaintiff. (*Id.*)

28. Plaintiff does not contend that she is currently owed any money in tips. (Ex. A, Norris Depo II, pp. 201:22-203:24)

29. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on June 28, 2021 alleging sex discrimination and retaliation. Plaintiff later filed an Amended Charge of Discrimination on March 11, 2022. (Ex. H, Charge of Discrimination) (Ex. N, Statement of Robyn Wright-Osment).

30. The bases for the harassment allegations were related to the fallout of Plaintiff and Mr. Uzzell's personal relationship. (Ex. I, Uzzell Affidavit").

31. On September 10, 2021, Plaintiff was paid $12,654.60 as her annual bonus/profit share amount for 2020. (Ex. J, Plaintiff's April through December 2021 Payroll Summary ("Payroll Summary")).

32. Plaintiff's 2020 annual bonus/profit share was delayed due to the fact that Fat Burgers' accountant performed the profit calculations pursuant

to a COVID-19 pandemic-related extension granted by the Internal Revenue Service to complete tax filings. (Ex. I, Uzzell Affidavit).

33. Plaintiff was made aware that her 2020 annual bonus/profit share would be delayed due to the delay in the tax filing. (Ex. A, Norris Depo., pp. 171:12-172:4).

34. On September 10, 2021, Plaintiff was given a bonus amount that was greater than the bonus amount to which she was entitled. (Ex. D, Potter Depo., p. 84:20-22).

35. On November 22, 2021, Plaintiff filed a retaliatory employment discrimination complaint with the North Carolina Department of Labor ("NC DOL"), wherein Plaintiff alleged that her pay was reduced because her tip structure was changed. (Ex. F, REDA Complaint).

36. Fat Burgers did not make a profit in the year of 2021 and so Plaintiff was not entitled to a bonus/profit share at the conclusion of 2021. (Ex. I, Uzzell Affidavit) (Ex. R, Fat Burgers Tax Returns).

37. On February 18, 2022, Plaintiff filed an Addendum to her retaliatory employment discrimination complaint. (*Id.*)

38. On March 24, 2022, Plaintiff filed an Amended Charge of Discrimination with the EEOC based on retaliation and sex discrimination, wherein she alleged that she was not paid her bonus/profit share for the year 2020. (Ex. H, Charge of Discrimination)

39. The EEOC issued a Notice of Right to Sue (Issued on Request) on May

15, 2022. (Ex. K, EEOC Notice of Right to Sue).

40. The NC DOL sent Plaintiff a No Merit Right-to-Sue Letter on May 19, 2022. (Ex. L, DOL Notice of Right to Sue).

41. Plaintiff is still employed by Fat Burgers. Her salary has not been decreased. She has not been demoted. She has not been transferred to a different location; the restaurant has only one location. (Ex. I, Uzzell Affidavit).

This the 14th day of December 2023.

> By: /s/ Marshall Wall
> F. MARSHALL WALL
> NC State Bar No. 26804
> RASHAWNDA MURPHY WILLIAMS
> NC State Bar No. 54936
> CRANFILL SUMNER LLP
> Post Office Box 27808
> Raleigh, NC 27611-7808
> Telephone: (919) 828-5100
> Fax: (919) 828-2277
> Email: MWall@cshlaw.com
> RWilliams@cshlaw.com
> *Attorneys for Fat Burgers Sports Bar & Grill, LLC*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-144-D-BM

| VICTORIA NORRIS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **CERTIFICATE OF SERVICE** |
| FAT BURGERS SPORTS BAR & GRILL, LLC and WILLIAM UZZELL, III, | ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

The undersigned hereby certifies that on December 14, 2023 the foregoing *Statement of Undisputed Facts* was filed electronically with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

**CRANFILL SUMNER LLP**

By: /s/ F. Marshall Wall
F. MARSHALL WALL
NC State Bar No. 26804
RASHAWNDA MURPHY WILLIAMS
NC State Bar No. 54936
Post Office Box 27808
Raleigh, NC 27611-7808
Telephone: (919) 828-5100
Fax: (919) 828-2277
Email: MWall@cshlaw.com
RWilliams@cshlaw.com
*Attorneys for Defendants*