UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-cv-144

| | |
|---|---|
| VICTORIA COSTNER,<br><br>                Plaintiff,<br>v.<br><br>FAT BURGERS SPORTS BAR & GRILL, LLC, and WILLIAM UZZELL,<br><br>                Defendants. | **PLAINTIFF'S SUPPLEMENTATION TO PROPOSED PRETRIAL ORDER** |

    Plaintiff, Victoria Costner, hereby supplements the following section of the Pretrial Order proposed at Doc. No. 100 and entered in this matter at Doc. No. 104.

**IV.    DESIGNATION OF PLEADINGS AND DISCOVERY MATERIALS**.

    **A.**    Plaintiff reserves the right to use, as necessary, all portions of these documents, as appropriate, pursuant to the Federal Rules of Evidence and the Local Rules. Plaintiff originally anticipated that all witnesses would appear in person and no designations were necessary. However, given that the trial has moved to Elizabeth City, it is now beyond the 100-mile radius to enforce trial subpoenas as originally planned. As such, transcripts may have to be designated and/or de bene esse depositions may have to be taken prior to trial. Plaintiff is still attempting to connect with all witnesses to determine who is willing to travel to Elizabeth City, or not, and will supplement accordingly as soon as possible before trial.

    **PLAINTIFF'S SUPPLEMENTAL DESIGNATION:** Plaintiff took the de bene esse deposition of Sherik Iskander on October 7, 2025. Counsel for Defendants and Ms. Iskander were present. [See, Doc. No. 107-2] Plaintiff herein provides notice of Plaintiff's designation of the following deposition testumony/citations to Mr. Iskander's testimony to be provided to the jury during the trial of this matter set to begin on Monday, October 27, 2025:

9:14-10:21
13:8-15:13
16:23-18:18
19:18-21:7
21:18-23:8

24:15-23
25:6-15
27:10-19
30:21-31:12
32:5-13
33:13-22
41:24-46:25
48:8-16
50:23-51:25
52:7-16
54:4-9
54:20-55:1
55:17-57:23
58:21-59:19
67:10-25
68:19-69:6
70:1-2
72:5-74:1
Exhibits 1-4 of this deposition.

Respectfully submitted this 22nd day of October 2025.

> */s/ L. Michelle Gessner*
> L. Michelle Gessner, NCSB #26590
> GESSNERLAW, PLLC
> 602 East Morehead Street
> Charlotte, North Carolina 28202
> Tel: (704) 234-7442; Fax: (980) 206-0286
> Email: michelle@mgessnerlaw.com
>
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted this 22nd day of October 2025.

>*/s/ L. Michelle Gessner*
>L. Michelle Gessner, NCSB #26590
>GESSNERLAW, PLLC
>602 East Morehead Street
>Charlotte, North Carolina 28202
>Tel: (704) 234-7442; Fax: (980) 206-0286
>Email: michelle@mgessnerlaw.com
>
>*Attorney for Plaintiff*