IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-144-BO-BM

| | |
|---|---|
| VICTORIA COSTNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **VERDICT FORM** |
| ) | |
| FAT BURGERS SPORTS BAR & GRILL, ) | |
| LLC and WILLIAM UZZELL, III, ) | |
| ) | |
| Defendants. ) | |
| ) | |

We, the jury, return as our unanimous verdict the following answers to the issues submitted:

1. Has Plaintiff Victoria Costner shown by a preponderance of the evidence that she was subjected to a sexually hostile work environment?

Answer Yes or No: _Yes_

**If you answered "Yes" to Question No. 1, go to Question No. 2.**

**If you answered "No" to Question No. 1, sign and date this verdict form and return it to the court.**

2. Has Plaintiff Victoria Costner shown by a preponderance of the evidence that she should be awarded compensatory damages to compensate for emotional distress that occurred as a result of Defendant's sexually hostile work environment?

Answer Yes or No: _Yes_

If your answer is "Yes," in what amount? $ _40,000_

**If you answered "Yes" to Question No. 2, go to Question No. 3.**

**If you answered "No" to Question No. 2, sign and date this verdict form and return it to the court.**

3. Has Plaintiff Victoria Costner shown by a preponderance of the evidence that Defendants acted with malice or reckless indifference to her federally protected rights?

Answer Yes or No: __Yes__

**If your answer is "Yes," state the amount of punitive damages that Defendants should pay for their conduct:** $__60,000__

**If you answered "No" to Question No. 3, sign and date this verdict form and return it to the court.**

Dated this day __28__ of October 2025.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.